THE HONORABLE JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERESA FOX; AND EDWARD ISKRA,<br><br>　　　　　　Plaintiffs,<br><br>-vs-<br><br>KITSAP COUNTY, a Municipal Corporation of the State of Washington; KEITH BARKOW; DERRICK CRAWLEY; CYNTHIA BAKER,<br><br>　　　　　　Defendants. | NO.  C06-5698RBL<br><br>STIPULATION AND ORDER FOR FRCP 35 EXAMINATION OF PLAINTIFFS |

## **STIPULATION**

The undersigned parties, through their respective counsel, stipulate that an FRCP 35 examination may be conducted as to each Plaintiff as follows:

**EXAMINER:**　　　　John Hamm, Ph.D.

**PLACE:**　　　　Office of John Hamm, M.D.
　　　　　　　　515 Minor, Suite 220
　　　　　　　　Seattle, WA 98104

**DATE/TIME:**　　　　<u>THERESA FOX</u>:
　　　　　　　　May 16, 2008 at 1:30 p.m.

　　　　　　　　<u>EDWARD ISKRA</u>:
　　　　　　　　May 27, 2008 at 10:45 a.m.

---

C06-5698RBL – STIPULATION AND ORDER FOR FRCP 35
EXAMINATION OF PLAINTIFFS -- 1

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

**SCOPE OF EXAMINIATION:** Dr. Hamm is a psychologist who will conduct a FRCP 35 psychological examination of plaintiff on behalf of the defendants. The examination will consist of:

(1) A mental status examination interview;

(2) Administration of psychological and psychometric tests;

(3) A witness may be present for the mental status interview and the interview may be audio recorded. If a recording is made, it shall be made available to all parties;

(4) The interview and testing portions of the examination will be conducted on the same days. The interview shall be conducted in conjunction with a self assessment and the total time for both interview and self assessment typically does not exceed three and one half hours;

(5) Dr. Hamm shall prepare a Report based on the examination which shall be provided to Plaintiff's counsel pursuant to FRCP 35(b); and

(6) The Defendants will pay for the examination and the report.

**CANCELLATION POLICY:**

To cancel without charge to the canceling party, notice must be received by Dr. Hamm's office no less than five (5) business days prior to the scheduled time. The fee for late cancellations is $250/hr.

DATED this 2nd day of May, 2008

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney

s/
Jacquelyn M. Aufderheide, WSBA #17374
Senior Deputy Prosecuting Attorney
Attorneys for Defendants

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/ Andrew G. Cooley
Andrew G. Cooley, WSBA # 15189
Attorneys for Defendants

C06-5698RBL – STIPULATION AND ORDER FOR FRCP 35
EXAMINATION OF PLAINTIFFS -- 2

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

LAW OFFICE OF RANDY LOUN

s/ Randy W. Loun
Randy W. Loun, WSBA #14669
Attorneys for Plaintiff

## **ORDER**

The Court being advised of the foregoing stipulation of the parties,

NOW THEREFORE, it is ORDERED that the examination described above shall take place at a time agreed by the parties. The parties will cooperate in scheduling the examination.

DONE IN OPEN COURT this 5th of May, 2008.

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Presented by:

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney

/s/
Jacquelyn M. Aufderheide, WSBA #17374
Senior Deputy Prosecuting Attorney
Attorneys for Defendant KITSAP COUNTY
614 Division St., MS.35-A
Port Orchard, WA 98366
(360) 337-4973; Fax (360) 337-7083
jaufderh@co.kitsap.wa.us

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/ Andrew G. Cooley
Andrew G. Cooley, WSBA # 15189
Attorneys for Defendants
800 Fifth Avenue, #4141
Seattle, WA  98104-3175
(206) 623-8861; Fax (206) 223-9423
acooley@kbmlawyers.com

C06-5698RBL – STIPULATION AND ORDER FOR FRCP 35
EXAMINATION OF PLAINTIFFS -- 3

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

Approved for entry:

s/ Randy W. Loun
Randy W. Loun, WSBA #14669
Attorneys for Plaintiff
509 – 4th Street, Suite 6
Bremerton, WA  98337-1401
(360) 377-7678; Fax (360) 792-1913
rloun@hotmail.com

C06-5698RBL – STIPULATION AND ORDER FOR FRCP 35
EXAMINATION OF PLAINTIFFS -- 4

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros