HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| TERESA FOX and EDWARD ISKRA,<br><br>Plaintiff,<br><br>v.<br><br>KITSAP COUNTY, a Municipal Corporation of the State of Washington; KEITH BARKOW; DERRICK CRAWLEY; CYNTHIA BAKER; and SCOTT P. RIDDELL,<br><br>Defendants. | Case No. c06-5698RBL<br><br>ORDER DENYING DEFENDANTS' MOTION TO QUASH DEPOSITION SUBPOENAS |

THIS MATTER having come before the Court on Defendants' Motion to Quash Deposition Subpoenas [Dkt. #67], and the Court having considered the arguments of the parties and the pleadings submitted for and against the motion, it is hereby

**ORDERED** that the Defendants' Motion to Quash Deposition Subpoenas [Dkt. #67] is **DENIED**. The depositions of those witnesses who do not reside in the Western District of Washington may be taken by telephone or within the jurisdiction where the witness resides.

**IT IS SO ORDERED.**

DONE IN OPEN COURT this 3rd day of June, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1