1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

TERESA FOX and EDWARD ISKRA,

11

Plaintiff,

Case No. C06-5698RBL

12

13

v.

14

KITSAP COUNTY, a municipal corporation
of the State of Washington; KEITH
BARKOW; DERRICK CRAWLEY;
CYNTHIA BAKER; SCOTT P. RIDDELL,

ORDER REGARDING KITSAP
COUNTY'S MOTIONS IN LIMINE

15

16

Defendants.

17

18

19

20

THIS MATTER having come before the Court on Kitsap County's Motions in Limine, and the Court

21

having considered the arguments of the parties, rules as follows.  Where the Court has granted a Motion in

22

Limine, all counsel are required to inform witnesses they call of the existence of the order and its contents.

23

24

MOTION IN LIMINE RE: Orders on Defendants' Pending Motions for Summary Judgment.

25

Grant

26

MOTION IN LIMINE RE: Sexual Harassment.

27

Deny

28

<u>MOTION IN LIMINE RE</u>: Non-Selection for Deputy Fire Marshal I Position in December 2004.

Grant

Dated this 2nd day of March, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE