HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERESA FOX and EDWARD ISKRA,

Plaintiff,

v.

KITSAP COUNTY, a municipal corporation of the State of Washington; KEITH BARKOW; DERRICK CRAWLEY; CYNTHIA BAKER; SCOTT P. RIDDELL,

Defendants.

Case No. C06-5698RBL

ORDER REGARDING INDIVIDUAL DEFENDANTS' BARKOW, BAKER, CRAWLEY AND RIDDELL'S MOTIONS IN LIMINE

THIS MATTER having come before the Court on Individual Defendant Barkow, Baker, Crawley and Riddell's Motions in Limine, and the Court having considered the arguments of the parties, rules as follows. Where the Court has granted a Motion in Limine, all counsel are required to inform witnesses they call of the existence of the order and its contents.

MOTION IN LIMINE RE: Evidence or Argument Related to John Gibson.

Denied

ORDER
Page - 1

MOTION IN LIMINE RE: 2002 Fatal Fire.

    Reserved

MOTION IN LIMINE RE: Arguments that Kitsap County Destroyed Public Records.

    Denied

MOTION IN LIMINE RE: Evidence or Argument that Barbara Williams' Interview Was Tainted Because She Was "Afraid".

    Denied

MOTION IN LIMINE RE: Keith Barkow's Termination.

    Reserved - Did reasons for Barkow's termination pre-date plaintiffs' resignation? If so, it may be relevant.

MOTION IN LIMINE RE: Derrick Crawley's Termination Hearing Notice and Subsequent Resignation.

    Reserved - Did reasons for Crawley's termination pre-date plaintiffs' resignation? If so, it may be relevant.

MOTION IN LIMINE RE: Circumstances Surrounding Cindy Baker's Resignation.

    Reserved

MOTION IN LIMINE RE: Medical History and/or Medical Condition of Individual Defendants.

    Reserved

MOTION IN LIMINE RE: Derrick Crawley's Domestic Violence Arrest.

    Granted

MOTION IN LIMINE RE: Ed Iskra Sees Keith Barkow Shopping at Best Buy on Duty.

    Reserved

MOTION IN LIMINE RE: The Results of the Deborah Diamond Report.

    Denied

MOTION IN LIMINE RE: Reference to Insurance or the Risk Pool.

    Granted

MOTION IN LIMINE RE: Reference to Settlement Discussions.

    Granted

MOTION IN LIMINE RE: Reference to Deposition and Trial Preparation with Clients.

    Reserved

MOTION IN LIMINE RE: Defendants Should be Spared from Having to Make Further Objections.

    Reserved

MOTION IN LIMINE RE: The Fact That This Motion Has Been Filed.

    Granted

Dated this 2nd day of March, 2009.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE