HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERESA FOX and EDWARD ISKRA,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY, a municipal corporation of the State of Washington; KEITH BARKOW; DERRICK CRAWLEY; CYNTHIA BAKER; and SCOTT P. RIDDELL,<br><br>Defendants. | Case No. C06-5698RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon the Joint Motion of Individual Defendants and Plaintiff Edward Iskra to Permit Withdrawal and Bifurcate Plaintiffs' Trials [Dkt. #139]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On or about February 26, 2009 this Court received a letter from plaintiff Teresa Fox indicating some dissatisfaction with her counsel, Randy Loun [Dkt. #133]. As a result of that letter, the individual defendants and plaintiff Edward Iskra filed the instant motion seeking permission to bifurcate the trials of plaintiffs Fox and Iskra, and to proceed to trial only as to Mr. Iskra on the current March 30, 2009 trial date. The motion also indicates that Mr. Loun will be filing a separate motion to withdraw as counsel for Ms. Fox.

The Court will not bifurcate the trial and the current trial date of March 30, 2009 remains as set. Ms. Fox may proceed to trial with Mr. Loun as counsel, may elect to proceed to trial pro se, or may hire

ORDER
Page - 1

new counsel to represent her. If new counsel is retained prior to the March 20, 2009 pretrial conference and files a motion for continuance of the trial, that motion will be looked upon favorably. The joint motion [Dkt. #139] is **DENIED.**

**IT IS SO ORDERED.**

Dated this 9th day of March, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE