HONORABLE RONALD B. LEIGHTON

06-CV-05698-ORD

FILED _____ LODGED
_____ RECEIVED

MAR 1 0 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TERESA FOX; and EDWARD ISKRA,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY, a Municipal Corporation of the State of Washington; KEITH BARKOW; DERRICK CRAWLEY; CYNTHIA BAKER; SCOTT P. RIDDELL,<br><br>Defendants. | No. C06-5698 RBL<br><br>*PROPOSED* ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION TO PRESERVE WITNESS ROB GUDMUNDSON'S TESTIMONY |

THIS MATTER having come before the Court on the Individual Defendants' Motion to Preserve the Testimony of Witness Rob Gudmundson, and the Court having considered the arguments of the parties and the pleadings herein,

IT IS HEREBY ORDERED that:

Witness Rob Gudmundson's testimony may be preserved by way of deposition on Wednesday, March 18, 2009.

DONE IN OPEN COURT this 9th day of March, 2009.

_____
JUDGE RONALD B. LEIGHTON

*PROPOSED* ORDER PRESERVE TESTIMONY- 1
Cause No. C06 5698 RBL

K:\AGC\kits07001\Pleadings WORD\p-030909-[p] ORDER Preserve Test .doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

<u>/s/ *Andrew G. Cooley*</u>
Andrew G. Cooley, WSBA #15189
Attorneys for Individual Defendants

*PROPOSED* ORDER PRESERVE TESTIMONY- 2
Cause No. C06 5698 RBL

K:\AGC\kits07001\Pleadings WORD\p-030909-[p] ORDER Preserve Test.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423